FILED: March 24, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6211
(5:06-ct-03135-FL)

_____

MICHAEL RANKINS,

         Appellant

 and

JOSEPH JOHN URBANIAK, JR.; EDWARD ALLEN; SHAWN DERRICK BONNETT; ANGEL GUEVARA; SOVIET HOWIE; LYLE MAY; SAIYD MUHAMMAD; S. SHANE SMITH; LARRY EUGENE SMITH, JR.,

         Plaintiffs

v.

DONNIE STANLEY, Sgt.; JOHN MEEKS, Capt.; THOMAS TART, Lt.; A. L. GREGORY, Cpt.; SHERWOOD R. MCCABE; JOSEPH B. HALL; JERRY MCQUEEN; JAMES CURRIN; RODNEY S. JACKSON, C/O; GEROTHA R. SPAIN; KENNETH JONES, Officer; J. BAKER WILLIAMS; NORMA BATTEN; CORDELIA CLARK; R. C. LEWIS; B.A. THOMPSON; THEODIS BECK, Secretary of the NC DOC; BOYD BENNETT, Director of Prisons,

         Defendants - Appellees

_____

O R D E R
_____

    The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*