```
                                          FILED: March 24, 2010

              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                  _____

                       No. 10-6211
                   (5:06-ct-03135-FL)

                  _____
```

MICHAEL RANKINS,

        Appellant

 and

JOSEPH JOHN URBANIAK, JR.; EDWARD ALLEN; SHAWN DERRICK BONNETT; ANGEL GUEVARA; SOVIET HOWIE; LYLE MAY; SAIYD MUHAMMAD; S. SHANE SMITH; LARRY EUGENE SMITH, JR.,

        Plaintiffs

v.

DONNIE STANLEY, Sgt.; JOHN MEEKS, Capt.; THOMAS TART, Lt.; A. L. GREGORY, Cpt.; SHERWOOD R. MCCABE; JOSEPH B. HALL; JERRY MCQUEEN; JAMES CURRIN; RODNEY S. JACKSON, C/O; GEROTHA R. SPAIN; KENNETH JONES, Officer; J. BAKER WILLIAMS; NORMA BATTEN; CORDELIA CLARK; R. C. LEWIS; B.A. THOMPSON; THEODIS BECK, Secretary of the NC DOC; BOYD BENNETT, Director of Prisons,

        Defendants - Appellees

```
                  _____

                    RULE 45 MANDATE
                  _____
```

    This Court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*