IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CT-3135-FL

| | | |
|---|---|---|
| JOSEPH JOHN URBANIAK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SERGEANT DONNIE STANLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NO. 5:07-CT-3145-H

| | | |
|---|---|---|
| EDWARD ALLEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SECRETARY THEODIS BECK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The matter is before the court on Michael Rankins' motion to stay proceedings and motion for appointment of counsel (DE # 63). The matter is ripe for adjudication.

For the reasons set forth in this court's order entered January 26, 2010, Mr. Rankins may not file motions on his own behalf in this class action. Accordingly, his motion to stay proceedings and second motion for appointment of counsel are DISMISSED (DE # 63) without prejudice to allow the motions to be re-filed by counsel if counsel deems such action appropriate. Additionally, where it appears Mr. Rankins seeks relief unrelated to the instant action, he must bring such a claim in a

separate action. As stated in this court's March 29, 2010 order, Mr. Rankins may not circumvent the filing limits of 28 U.S.C. § 1915(g) by raising such unrelated matters in this action.

SO ORDERED, this the 3rd day of June, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge