UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH JOHN URBANIAK, JR.<br>                Plaintiff<br>    v. | **Judgment in a Civil Case**<br><br>Case Number 5:06-CT-3135-FL |
| SGT. DONNIE STANLEY; CAPT. JOHN MEEKS; LT. THOMAS TART; SHERWOOD R. MCCABE; JOSEPH B. HALL; JERRY MCQUEEN; JAMES CURRIN; C/O RODNEY S. JACKSON; GEROTHA R. SPAIN; OFFICER KENNETH JONES; J. BAKER WILLIAMS; NORMAN BATTEN; CORDELIA CLARK; R.C. LEWIS; B.A. THOMPSON; BOYD BENNETT<br>                Defendants | |
| EDWARD ALLEN; SHAWN DERRICK BONNETT; ANGEL GUEVARA; SOVIER HOWIE; LYLE MAY; SAIYD MUHAMMAD; S. SHANE SMITH; LARRY EUGENE SMITH, JR;<br>                Plaintiffs<br>    v. | **Judgment in a Civil Case**<br><br>Case Number 5:07-CT-3145-FL |
| THEODIS BECK; BOYD BENNETT; CORDELIA CLARK<br>                Defendants | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the joint motion for final approval of settlement agreement.

**IT IS ORDERED AND ADJUDGED** that defendants Sherwood R. McCabe, Jerry McQueen, Gerotha R. Spain, B. A. Thompson, J. Baker Williams, Joseph B. Hall and Kenneth Jones having been dismissed earlier in the action, the court approves the settlement agreement.

This Judgment Filed and Entered on August 27, 2010, with service on:
J. Phillip Griffin (via CM/ECF Notice of Electronic Filing)
Peter A. Regulski (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 27, 2010 | /s/ Dennis P. Iavarone<br>Clerk |

Raleigh, North Carolina